

**FILED**
1/25/2017 NF
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 0 6 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VERDELL MCCLAIN

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:17-cv-0129
Judge Thomas M. Durkin
Magistrate Judge Jeffrey T. Gilbert
PC8

vs.

OFFICER DAVID SALGADO #16347

OFFICER JOSEPH TREACY #17619

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:

  ✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: VERDELL McCLAIN

    B. List all aliases: N/A

    C. Prisoner identification number: 20160816027

    D. Place of present confinement: COOK COUNTY DEPT. OF CORRECTIONS

    E. Address: 2600 S. CALIFORNIA AVE, CHICAGO, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: DAVID SALGADO #16347

        Title: CHICAGO POLICE DEPARTMENT POLICE OFFICER

        Place of Employment: CHICAGO POLICE DEPARTMENT

    B. Defendant: JOSEPH TREACY #17619

        Title: CHICAGO POLICE DEPARTMENT POLICE OFFICER

        Place of Employment: CHICAGO POLICE DEPARTMENT

    C. Defendant: 

        Title: 

        Place of Employment: 

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

　　A. Name of case and docket number: VERDELL McCLAIN V. OFFICER KAHN, etc, et, al NO 1:16-cv-10874

　　B. Approximate date of filing lawsuit: 11-28-16

　　C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

　　D. List all defendants: OFFICER BRETT KAHN #17785, OFFICER JAVIER ESCAMIO #13042

　　E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT NORTHERN DISTRICT OF ILL, EASTERN DIVISION

　　F. Name of judge to whom case was assigned: SHARON JOHNSON COLEMAN Magistrate Judge Sheila M. Finnegan PC4

　　G. Basic claim made: UNLAWFUL/FALSE ARREST (CONSTITUTIONAL VIOLATION)

　　H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

　　I. Approximate date of disposition: PENDING

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On August 15, 2016 at 6:30pm I left my house in Lynwood, IL and arrived on 19th & St. Louis in Chicago, IL where I came upon Akili Blake walking towards the store down the block. I stopped and asked Mr. Blake was he ok, and he then asked me to take him to get some cigarettes at the store and to take him home. Once we came from getting the cigarettes, I drove to my friend Tenise Banks house at 1934 S. Trumbull to return the $600 dollars she had given me the day before to pay the mechanic that was suppose to fix her car but he never showed up. So once Ms. Banks didn't answer her door I drove down the street from Ms. Banks house and parked in front of 1921 S. Trumbull which is only a couple of houses down from my grandmothers house whom I came to visit anyway. While parked there a white male walking down the street approached the passengers side of my car and asked directions to the train station on Central Park. Then Mr. Blakes girlfriend comes walking down the street and he exits the car. While I'm on my phone, a dark Tahoe pulls up and 4 officers exit and grab Mr. Blake and his girlfriend, then out of nowhere Officer Treacy #17619 shows up at my window ordering me out of the car. I ask him why? I'm asking him why again when more officers show up on my passenger side trying to pull down and stick their hands inside my cracked window while yelling at me

4

Revised 9/2007

to get out of the f,ing car. At this point I'm scared and confused and tell them I have license and insurance. So once I step out of the car officer Treacy "17619 pushes me up against the driver's side back door and proceeds to search me, rubbing over my private parts repeatedly groping and feeling. I then ask for a commander and he states to me F a commander. So he then sticks a flashlight inside my waist area of my pants and under wear and sticks his hand inside my drawers and comes out with a plastic bag. Then one of the officers searching my car sticks his head out saying we need another key. So officer Treacy "17619 asks for a key and they search and find a key. Then they unlock the armrest in the car and find a handgun and drugs. The officers involved (all) were from Homan; Fillmore over 10 blocks away from said jurisdiction

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TO BE AWARDED MONETARY COMPENSATION FOR MY ILLEGAL ARREST, SEXUAL MISCON-DUCT AND ILLEGAL SEARCH AND SEIZURE BY THE OFFICERS NAMED, AND THE ILLEGAL SEIZURE UPON ME AND MY VEHICLE

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __5__ day of __DEC__, 20__16__

_____
(Signature of plaintiff or plaintiffs)

VERDELL MCCLAIN
(Print name)

20160816027
(I.D. Number)

2600 S. CALIFORNIA AVE

CHICAGO, IL 60608
(Address)



Wendell McClain
201608160627
P.O. Box 089002
Chicago, IL 60608



01/06/2017-45

RECEIVED
JAN 0 6 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondence
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

1:17-cv-0129
Judge Thomas M. Durkin
Magistrate Judge Jeffrey T. Gilbert
PC8